IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**TOMMY LEE SKINNER**                                               **PLAINTIFF**

V.                                   **CIVIL ACTION NO. 1:15CV121-GHD-JMV**

**OFC. ADAM JOHNSON, ET AL.**                                **DEFENDANTS**

## JUDGMENT

Upon consideration of the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated October 2, 2015, was on that date duly served by mail on the *pro se* plaintiff at his last known address; that the plaintiff acknowledged receipt of the Report and Recommendation on October 13, 2015; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The Court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore, **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated October 2, 2015, is hereby **APPROVED AND ADOPTED** as the opinion of the Court.

2. That Defendants Willie Moore and the Okolona Police Department be **DISMISSED**.

3. That this action proceed against Defendant Officer Adam Johnson.

**SO ORDERED** this the 3rd day of November, 2015.

_____
**SENIOR U.S. DISTRICT JUDGE**