IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TOMMY LEE SKINNER                                                                    PLAINTIFF

V.                                        CIVIL ACTION NO. 1:15CV121-GHD-JMV

OFC. ADAM JOHNSON                                                                    DEFENDANT

## ORDER DISMISSING ACTION
## BY REASON OF SETTLEMENT

The court has been advised by the parties that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

**IT IS HEREBY ORDERED** that this action be dismissed with prejudice. The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This the 24th day of October, 2016.

_____
SENIOR U.S. DISTRICT JUDGE