IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**TOMMY LEE SKINNER**                                                      **PLAINTIFF**

V.                              CIVIL ACTION NO. 1:15CV121-GHD-JMV

**OFC. ADAM JOHNSON**                                           **DEFENDANT**

### FINAL JUDGMENT

In accordance with the **ORDER DISMISSING ACTION BY REASON OF SETTLEMENT** entered today, this action is **DISMISSED** with prejudice.

This the 24th day of October, 2016.

_____
SENIOR U.S. DISTRICT JUDGE